# 1



**GRAND RAPIDS PUBLIC LIBRARY**

# Suggestion Form

**Date:** 9/1/06

**Name of Library:** Grand Rapids Public Library, 111 Library St. SE
Grand Rapids, Mi 49503

**Comments:** On 9/21/05 in the Grand Rapids Public Library,
GRPL, I went to a table and setup my laptop
computer. At 2:15pm I viewed a topless picture of
Veronica Zemanova and I looked behind me and
Tim, GRPL employee, was standing 8-15 feet behind
me watching and viewing what I was doing on
my laptop computer — invasion of privacy.
Tim walked up from behind me and told me
"You can't view that in here." I told Tim
"I'm not on the internet this picture is on
my personal computer." Tim said "I don't
care you can't view that in a public place.
I'm going to have to ask you to leave.
Close it up, laptop, your tone." I left
the library.

At 5:45pm I returned to the GRPL because
I wanted to file a complaint where Tim was
now at the Information Desk. I asked Tim
for a complaint form. Tim said "We
dont have a complaint form. All we have
is a suggestion form."

I talked with Mr. Baldridge, assistant director. I
told Mr Baldridge Tim told me to leave the library
for viewing a topless woman on my laptop. Mr Baldridge
said "It is our policy not to allow the viewing of Nudity in
the library. We have signs prohibiting the viewing of
pornography. I asked Mr Baldridge "was Tim authorized to tell
**(Optional)** me to leave the library

**Name:** Donald Williams

**Phone Number:** (616) Message: 459-5076 Apt 57

**Zipe Code:** 49503

Page 1 of 2



**GRAND RAPIDS
PUBLIC
LIBRARY**

# Suggestion Form

**Date:** 9/1/06

**Name of Library:** Grand Rapids Public Library, 111 Library St, S.E.,
~~Grand Rapid, Mi, 49503~~

**Comments:** for the day for viewing a topless woman on my laptop computers" Mr. Baldridge said " Yes Tim was authorized to tell you to leave the library for the day." I asked Mr. Baldridge "wouldn't it have been more appropriate for Tim to have informed me of GRPL policy and asked me to stop viewing the picture. And, that if I continued to view the picture that I would then be asked to leave the library for the day. Rather than just telling me to leave the library for the day." Mr. Baldridge said " that's something I'll take into consideration." I thanked Mr. Baldridge for his time and searched the library for signs prohibiting the viewing of pornography. I found no signs prohibiting the viewing of pornography.

From 9/21/05 to the filing of this suggestion I have not found a sign in the GRPL prohibiting the use of pornography, 8/30/06.

It is my suggestion that the GRPL give people a warning and inform them of your policy prohibiting the viewing of pornography before GRPL deprives citizens of their constitutional rights to public facilities. Also, put up the non-existant signs!

---

**(Optional)**

**Name:** Donald Williams

**Phone Number:** (616) MESSAGE: 459-5076 Apt 37

**Zipe Code:** 49503

page 2 of 2