UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

FILED - GR
06 SEP -5 AM 10: 33

Donald Williams
_____
                    Plaintiff(s)

vs.

Grand Rapids Public
_____

Library
_____
                    Defendant(s)

Case No. __1:06 CV0635__

Robert Holmes Bell
Chief, U.S. District Judge

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I.  MARITAL STATUS:
    a. Single ___   Married ___   Separated ___   Divorced _X_
    b. Dependents: Wife ___   Children, No. ___   Others, No. ___

II. RESIDENCE:
    Your address: Street __44 1/2 S. Division St. S.E. Apt. 37__

    City __Grand Rapids__   State __MI__   Zip Code __49503__

    Telephone __(616) 459-5076 Apt. 37 - Message__

III. EMPLOYMENT:

    Are you now employed?   Yes ___   No _✓_

    If now employed:   Name of Employer __N/A__

    Address of Employer _____

    _____

    Employer's Telephone _____

How long have you been employed by present employer? __N/A__

Income:    Monthly $ _____ Weekly $ _____

What is your job? _____

Other Income __NONE__

IV.  FINANCIAL STATUS:

1. Owner of real property:   Yes _____ No ✓

   a. Description __N/A__

   b. Address _____

   c. In whose name _____

   d. Estimated value _____

   e. Total amount owed $ _____ To whom _____

   f. Annual income from property _____

2. Other property

   a. Automobile: Make __NONE__ Year _____

   b. In whose name registered _____

   c. Present value of car $ _____

   d. Amount owed $ _____

3. Cash on hand: $ __NONE - ∅__

   a. Cash in banks and savings and loan associations

      $ __∅ - NONE__

   b. Names and addresses of banks and associations

      __N/A__

4. Obligations:

   a. Monthly rental on house or apartment    $ ∅

   b. Mortgage payments on house (monthly)    $ ∅

   c. Other debts:

| To whom owed | Amount |
|---|---|
| NONE | $ ∅ |
|  |  |
|  |  |
|  |  |
|  |  |
| Total monthly payments on debts: | $ ∅ |

5. Other information pertinent to your financial status:

(Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

NONE – ∅

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 9/05/06     Signed: _____
                                                        Plaintiff-Affiant