UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD WILLIAMS,

    Plaintiff,

v.

GRAND RAPIDS PUBLIC LIBRARY,

    Defendant.

    _____/

File No: 1:06-CV-635

HON. ROBERT HOLMES BELL

## ORDER OF REFERENCE

The captioned case is referred to Magistrate Judge Joseph G. Scoville for all pretrial purposes. The magistrate judge shall decide all nondispositive motions and conduct all necessary conferences pursuant to 28 U.S.C. §636(b)(1)(A). The magistrate judge shall file a report and recommendation on all dispositive matters pursuant to 28 U.S.C. §636(b)(1)(B).

Dated:   September 11, 2006       /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              CHIEF UNITED STATES DISTRICT JUDGE