# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,

v

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

Case No. 1:06-CV-0635

Hon. Robert Holmes Bell
Chief, U.S. District Judge

_____/

**DONALD WILLIAMS**
44 ½ S. Division., Apt. 37
Grand Rapids, MI  49503

**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney
Attorney for Defendant
300 Monroe Ave., NW, Suite 620
Grand Rapids, MI  49503
(616) 456-4023

_____/

## APPEARANCE OF COUNSEL

**NOW COMES** Assistant City Attorney Daniel A. Ophoff, and hereby files his appearance on behalf of Defendant, **GRAND RAPIDS PUBLIC LIBRARY**, in the above-captioned matter.

Dated:  October 26, 2006

By: *Daniel A. Ophoff*
**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney
Attorney for Defendant
300 Monroe Ave., NW, Suite 620
Grand Rapids, MI  49503
(616) 456-4023