# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**DONALD WILLIAMS,**

    Plaintiff,                                Case No. 1:06-CV-0635

v                                               Hon. Robert Holmes Bell
                                               Chief, U.S. District Judge

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

_____/

**DONALD WILLIAMS**
44 ½ S. Division., Apt. 37
Grand Rapids, MI  49503

**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney
Attorney for Defendant
300 Monroe Ave., NW, Suite 620
Grand Rapids, MI  49503
(616) 456-4023
_____/

## MOTION TO EXTEND TIME FOR FILING
## RESPONSIVE PLEADING PURSUANT TO FED.R.CIV.P. 6(b)

      Defendant City of Grand Rapids, Grand Rapids Public Library moves this Court under authority of FRCP 6(b) for an extension of time to file an answer to the complaint filed in this matter and in support thereof asserts:

      1.    Plaintiff's complaint alleges wrongs associated with events which occurred on September 21, 2005.

      2.    The summons issued for this matter is dated September 12, 2006 and mailed to the referenced Defendant on September 21, 2006 by the U.S. Marshall Service.

Dockets.Justia.com

2

     3.     The notice and acknowledge of receipt of summons and complaint by mail was returned to the U.S. Marshall Service on October 10, 2006 and responsive pleading is due 20 days from acknowledge of service.

     4.     The complaint in this matter is an in pro per complaint 18 pages in length asserting federal constitutional protected rights and privileges to view internet pornography in the Grand Rapids Public Library.

     5.     Counsel for Defendant's volume of work and present activities require an extension of time within which to research and thereafter respond to this in pro per complaint.

     WHEREFORE, Defendant prays that this Court enter an order extending the time within which to file a responsive pleading to the complaint filed in this matter by not less than 20 days.

                                   Respectfully submitted,

Dated: October 26, 2006                By: /s/ Daniel A. Ophoff
                                          **DANIEL A. OPHOFF (P23819)**
                                          Assistant City Attorney
                                          *Attorney for Defendant*
                                        *Business Address:*
                                          300 Monroe Ave., NW
                                          Grand Rapids, MI 49503
                                          (616) 456-4023