UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,

v

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

Case No. 1:06-CV-0635

Hon. Robert Holmes Bell
Chief, U.S. District Judge

_____/

**DONALD WILLIAMS**
In Pro Per
44 ½ S. Division., Apt. 37
Grand Rapids, MI  49503

**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney
Attorney for Defendant
300 Monroe Ave., NW, Suite 620
Grand Rapids, MI  49503
(616) 456-4023
_____/

City of Grand Rapids
DEPARTMENT OF LAW
620 CITY HALL
GRAND RAPIDS, MICHIGAN 49503

## AFFIDAVIT IN SUPPORT OF THE MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

Daniel A. Ophoff, Assistant City Attorney, whose business address is 300 Monroe NW, Suite 620, Grand Rapids, MI 49503, after being duly sworn, deposes and says:

1.    That he is an attorney for the Grand Rapids City Attorney's Office and has filed his appearance on behalf of the Grand Rapids Public Library in this matter.

2.    That affiant, by letter dated October 18, 2006 (attached hereto) which was sent first-class mail to the address listed on Plaintiff's pleading, attempted to seek concurrence with Defendant's Motion to Extend Time for Filing Responsive Pleading.

3. That as of October 25, 2006 Plaintiff had not responded to the requests set out in the attached letter.

FURTHER AFFIANT SAYETH NOT.

Dated: October 26, 2006

By: _____
DANIEL A. OPHOFF (P23818)
Assistant City Attorney

Subscribed and sworn to before me on **Thursday, October 26, 2006.**

_____
Shelley L. Lilly, Notary Public
Ottawa County, Michigan
My Commission Expires: 5/21/08
*Acting in Kent County, Michigan*

City of Grand Rapids
DEPARTMENT OF LAW
620 CITY HALL
GRAND RAPIDS, MICHIGAN 49503