# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,                         Case No. 1:06-CV-0635

v                                     Hon. Robert Holmes Bell
                                           Chief, U.S. District Judge

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN     )
                              ) SS.
COUNTY OF KENT       )

Daniel A. Ophoff, being first duly sworn, deposes and says that he is an Assistant City Attorney in the Office of the City Attorney, attorneys for Defendant Grand Rapids Public Library, herein, and that on **October 26, 2006**, he served a true and complete copy of **Appearance of Counsel**, **Motion to Extend Time for Filing Responsive Pleading Pursuant to Fed.R.Civ.P. 6(b) and Affidavit in Support of Motion to Extend Time for Filing Responsive Pleading (with attachment),** by postage pre-paid, first-class U.S. Mail, upon:

**DONALD WILLIAMS**
44 ½ S. Division, Apt. 37
Grand Rapids, MI 49503

/s/ *Daniel A. Ophoff*
**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney