Donald Williams
44 1/2 S. Division Apt., 37
Grand Rapids, MI., 49503

Honorable Robert Holmes Bell
06 OCT 27 PM 2: 17
Chief United States District Judge

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | ) Case No.: 1:06-cv-635 |
| Plaintiff, | ) DEMAND FOR JURY TRIAL |
| vs. | ) |
| Grand Rapids Public Library, | ) |
| Defendant, | ) |

**Comes Now**, the Plaintiff Donald Williams, with his Demand For Jury Trial.

## I. DEMAND FOR JURY TRIAL

### A. Jury Instructions

1. FRCP Rule 38(a)(b): The right of trial by jury as declared by the Seventh Amendment to the Constitution or as given by a statute of the United States shall be preserved to the parties inviolate. (b) Any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefor in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party.

2. The Plaintiff requests a class action determination, jury trial demanded.

**WHEREFORE**, Plaintiff prays this Honorable Court GRANT Plaintiffs Demand For Jury Trial and radically discipline Defendant for deprivations of Plaintiffs Federally Secured and Protected Constitutional Rights.

### B. Effort To Comply With LCIVR 7.1(d)

1. In an effort to comply Plaintiff would show the Court FRCP Rule 38(a)(b).

2. In an effort to comply Plaintiff would show the Court that Plaintiff, in good faith, believes that Defendant will object to Plaintiff Demand For Jury Trial

Dated This Friday, October 27, 2006

By: _____
Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

### C. Certification Of Mailing

I do herby certify that on the __27__ day of __October__, __2006__. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Friday, October 27, 2006

By: _____
Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

Summary of Demand For Jury Trial - 2