# In The United States District Court
# For The Western District Of Michigan

Donald Williams,           ) Case No.: 1:06-cv-635
                           )
        Plaintiff,         ) Affidavit Of Process Of Service
                           )
    vs.                    )
                           )
Grand Rapids Public Library, )
                           )
        Defendant,         )
                           )

**COMES NOW**, the Plaintiff Donald Williams, with his Affidavit Of Process Of Service.

## AFFIDAVIT OF PROCESS OF SERVICE

STATE OF  MICHIGAN  )
                    )
COUNTY OF KENT      )

Plaintiff submits the following testimony, evidence, and exhibits to this court in supportive substantiation of his claims. I _Donald Williams_, Of lawful age, first duly sworn upon oath, state and swears as follows: I am the Plaintiff, Donald Williams in the present case and I have personal knowledge concerning the matters set forth herein.

### A. AFFIDAVIT

1. I, Plaintiff, Donald Williams, have not received an answer from Defendant for complaint, 1-06-cv-635. Defendant has neglected to file an answer a response (See Proof Of Service from the United States Department Of Justice, United States Marshals Service, Notice And Acknowledgement Of Receipt Of Summons And Complaint By Mail attached hereto and made a part of this affidavit).

Dated This Friday, October ~~26~~ 27, 2006

By: _____

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

## B. DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Affidavit] is true and correct. 28 U.S.C. § 1746; 18 U.S.C. §§ 1621, et seq.

Dated This Friday, October ~~26~~ 27, 2006

By: _____

Donald V. Williams

Further Affidavit Saith Not

## C. NOTARIZATION

Subscribed and sworn before me this __27__ day of __October 2006__,
_____.

_____
Notary Republic

WALTER L. MATHIS SR.
NOTARY PUBLIC, STATE OF MI
COUNTY OF KENT
MY COMMISSION EXPIRES Feb 2, 2012
ACTING IN COUNTY OF _Kent_

02-02-12
My Commission Expires

Dated This ~~Tuesday~~ Friday, ~~September 5~~ October 27, 2006

By: _____

Summary of Affidavit Of Process Of Service - 2