Donald Williams
44 1/2 S. Division St., S.E. Apt., 37
Grand Rapids, MI., 49503

Honorable Robert Holmes Bell
Chief United States District

06 OCT 27 PM 2: 14

FILED - GR

# In The United States District Court
# For The Western District Of Michigan

| | | |
|---|---|---|
| Donald Williams, | ) | Case No.: No. 1-06-cv-635 |
| | ) | |
| Plaintiff, | ) | Request Clerk For Entry Of Default Judgment |
| | ) | |
| vs. | ) | |
| | ) | |
| Grand Rapids Public Library, | ) | |
| | ) | |
| Defendant | ) | |

**COMES NOW** the Plaintiff Donald Williams, with his Request Of The Clerk For Entry Of Default Judgment.

## I. REQUEST CLERK FOR ENTRY OF DEFAULT JUDGMENT

1. FRCP Rule 55(a) When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default. (See Affidavit Of Process Of Service and Affidavit Of Damages)

2. FRCP Rule 54(c) - This judgment by default is not different in kind from or exceeding in amount that prayed for in the demand for judgment. And every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled, even if the party has not demanded such relief in the party's pleadings. (See Affidavit Of Damages)

3. FRCP Rule 4(a) – The summons to Defendant was signed by the clerk, bore the seal of the court, identified the court and the parties. The summons was directed to the Defendant and stated the name and address of the Plaintiff. It also stated the time within which the Defendant must appear and defend and notified Defendant that failure to do so will result in a judgment by default against the Defendant for the relief demanded in the complaint.

4. FRCP Rule 12(a)(1)(A) Defendant has not answered within 20 days after being served with the summons and complaint (See Affidavit Of Process Of Service).

### A. Conclusion

1. Defendant has not answered within 20 days after being served with the summons and complaint. Defendant has failed to plead and that fact is made to appear. Default Judgment should be rendered on the issue of liability alone. This judgment is not exceeding in amount prayed for in the demand for judgment.

**WHEREFORE**, Plaintiff prays this Honorable Clerk GRANT Plaintiff Request For Default Judgment.

### B. Effort To Comply With LCIVR 7.1(d)

1. In an effort to comply Plaintiff would show the Court Plaintiff is entitled to Judgment as a matter of law 42 U.S.C. § 1983 (West 1981).

2. In an effort to comply Plaintiff would show the Court Defendant has neglected to answer, FRCP Rule 12(a)(1)(A).

3. In an effort to comply Plaintiff would show the Court FRCP Rule 55(a)(b)(1)(2), Motion For Default Judgment.

4. In an effort to comply Plaintiff, in good faith, believes Defendant will object to Plaintiffs Request Clerk For Entry Of Default Judgment.

Dated This Friday, October 27, 2006

By: *(signature)*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

### C. Certification Of Mailing

I do hereby certify that on the __27__ day of __October__, __2006__. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Friday, October 27, 2006

By: *(signature)*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503