**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

Bell

United States District Court
for the
District of _____

Western                    Michigan

TO:
Grand Rapids Public Library
111 Library St. NE
Grand Rapids, MI 49503

Civil Action, File Number  1:06-CV-635

Donald Williams

V.

Grand Rapids Public Library

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within **20** days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within **20** days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  *Served*

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

9/21/06
Date of Signature

_____
Signature (USMS Official)

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

300 Monroe N.W., Suite 620
Street Number and Street Name or P.O. Box No.

Grand Rapids, MI 49503
City, State and Zip Code

D. G. Opluff
Signature

Attorney for Grand Rapids Public Library
Relationship to Entity/Authority to Receive

9/22/06
Service of Process

10/10/06
Date of Signature

Form USM-299
Rev. 6/95

Copy 1 - Clerk of Court

# SUMMONS IN A CIVIL ACTION

## 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

DONALD WILLIAMS

v.

GRAND RAPIDS PUBLIC LIBRARY

DOCKET NO: 1:06-cv-00635-RHB-JGS

TO:

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY

Donald Williams
44 ½ S Division St., SE Apt. 37
Grand Rapids, MI 49503

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _____
(Deputy Clerk)

(SEAL)

DATED: September 12, 2006

- ☒ 399 Federal Building
  110 Michigan St., N.W.
  Grand Rapids, MI 49503
- ☐ P.O. Box 698
  229 Federal Building
  Marquette, MI 49855
- ☐ B-35 Federal Building
  410 W. Michigan Ave.
  Kalamazoo, MI 49007
- ☐ 113 Federal Building
  315 W. Allegan
  Lansing, MI 48933

## 2. RETURN OF SERVICE

Service of the Summons and Complaint was made by me.***

DATE: _____

Name of Server (print): _____  Title: _____

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## 3. STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ | $ | $ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
Date  Signature of Server

***as to who may serve a summons - see Rule 4 of the Federal Rules of Civil Procedure  Address of Server

1/96