Donald Williams
44 1/2 S. Division Apt., 37
Grand Rapids, MI., 49503

**Honorable Robert Holmes Bell**
**Chief United States District Judge**

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | ) Case No.: 1-06-cv-635 |
| Plaintiff, | ) Opposition Of Motion For |
| vs. | ) Extended Time For Filing |
| | ) Responsive Pleading 2 |
| Grand Rapids Public Library, | ) |
| Defendant | ) |

**Comes Now**, the Plaintiff Donald Williams, with his Opposition Of Defendants Motion For Extended Time For Filing Responsive Pleading 2.

## I. OPPOSITION OF MOTION FOR EXTENDED TIME FOR FILING RESPONSIVE PLEADING 2

### A. Brief

1. On 10/27/06 I, Plaintiff, received a second "Motion To Extend Time For Filing Responsive Pleading Pursuant To FED.R.CIV.P. 6(b)" from Defendant. Which, seems to be identical to the first, original, with the exception of an affidavit for proof of service for the first.

2. Plaintiff incorporates his first Opposition Of Motion For Extended Time For Filing Responsive Pleading HERE, in Opposition to Defendants second Motion To Extend Time For Filing Responsive Pleading.

**WHEREFORE**, Plaintiff prays this Honorable Court, Radically inform Defendant that <u>Plaintiffs Federally Secured and Protected Constitutional Rights are not negotiable</u> by Denying Defendants "Motion For Extension Of Time For Filing Responsive Pleading" – first and second.

## II. EFFORT TO COMPLY WITH LCIVR 7.1(d)

1. Plaintiff would show this Court that Defendant requested Plaintiff consent to Defendants Motion To Extend Time For Filing Responsive Pleading by LCIVR 7.1(d).

2. Plaintiff would show this Court that Plaintiff has too respond to Defendants Motions. Plaintiff has, on October 27, 2006, shown this Court and the Defendant an Opposition Of Defendants Motion To Extend Time For Filing Responsive Pleading.

3. Plaintiff would show this Court, in good faith, that Plaintiff believes Defendant will object to Plaintiffs Opposition Of Motion For Extended Time For Filing Responsive Pleading.

Dated This Monday, October 30, 2006
By: *[signature]*

**Donald V. Williams**
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

## III. CERTIFICATION OF MAILING

I do herby certify that on the _30_ day of _October, 2006_ I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Monday, October 30, 2006
By: _[signature]_

**Donald V. Williams**
**44 ½ S. Division St., SE., Apt., 37**
**Grand Rapids, MI., 49503**