UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| DONALD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:06-cv-635 |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| GRAND RAPIDS PUBLIC LIBRARY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING EXTENSION OF TIME

Defendant has requested an extension of time in which to file a response to the complaint. (docket # 9).

Upon due consideration, the motion is granted, and the time to file such pleading is extended to **November 20, 2006**.

DONE AND ORDERED this 26th day of October, 2006.

/s/ Joseph G. Scoville
United States Magistrate Judge