UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD WILLIAMS, )
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )　　Case No. 1:06-cv-635
　　　　　　　　　　　　　　　　　)
v. )　　Honorable Robert Holmes Bell
　　　　　　　　　　　　　　　　　)
GRAND RAPIDS PUBLIC LIBRARY, )
　　　　　　　　　　　　　　　　　)　　**ORDER**
　　　　Defendant. )
　　　　　　　　　　　　　　　　　)

　　　　Plaintiff has filed a "Motion for Sanctions" against defendant for defendant's alleged "violation of Plaintiff Constitutional Rights and perjury" by its filing of a motion for extension of time. (docket # 23). Plaintiff's motion is utterly frivolous. Accordingly:

　　　　IT IS ORDERED that plaintiff's motion for sanctions (docket # 23) be and hereby is DENIED.

　　　　DONE AND ORDERED this 6th day of November, 2006.

　　　　　　　　　　　　　　　　　/s/ Joseph G. Scoville
　　　　　　　　　　　　　　　　　United States Magistrate Judge