Donald Williams
44 1/2 S. Division Apt., 37
Grand Rapids, MI., 49503

**Honorable Robert Holmes Bell**
**Chief United States District Judge**

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams,<br><br>    Plaintiff,<br><br>  vs.<br><br>Grand Rapids Public Library,<br><br>    Defendant | ) Case No.: 1-06-cv-635<br>)<br>) Appeal To Order Denying Motion<br>) For Default<br>)<br>)<br>)<br>)<br>)<br>) |

**Comes Now**, the Plaintiff Donald Williams, with his Appeal To Order Denying Motion For Default Judgment.

## I. APPEAL TO ORDER DENYING MOTION FOR DEFAULT JUDGMENT

### A. Brief

1. On Friday November 3, 2006 I, Plaintiff, received an ORDER from Magistrate Judge Joseph G. Scoville Denying "Motion For Default Judgment" dated Thursday, November 2, 2006. Plaintiff asserts that Magistrate Judge Joseph G. Scoville ORDER Denying "Motion For Default Judgment" dated Thursday, November 2, 2006 is erroneous and contrary to law (Title 28 Sec. 636(b)(1)(A)).

### B. Appeal

1. Obviously, Magistrate Judge Joseph G. Scoville was correct in that Plaintiff must seek the entry of default under FRCP Rule 55(a) as a prerequisite to obtaining a

Summary of Appeal To Order Denying Motion For Default - 1

default judgment under FRCP Rule 55(b). Whatever the problem was or is Magistrate Judge Joseph G. Scoville ORDER Denying "Motion For Default Judgment" (Plaintiff's motion for the entry of a default judgment is therefore out of order, because he did not take the proper first step of seeking the entry of a default from the Clerk of the Court) is erroneous. Because, Plaintiff filed both the Request of the Clerk For Entry Of Default Judgment and the Motion For Default Judgment on Friday, October 27. 2006. (See REQUEST CLERK FOR ENTRY OF DEFAULT JUDGMENT and MOTION FOR DEFAULT JUDGMENT previously submitted to this court).

2. On Thursday, October 19, 2006, I Plaintiff, received certification of receipt of the United States Marshals Proof Of Service of the summons and complaint upon the Defendant. The United States Marshals Service delivered the summons and complaint by United States Mail, September 21, 2006. The Defendant received the summons and complaint on September 22, 2006. A response was due 20 days thereafter excluding date of receipt, October 20. 2006. (See United States Marshals PROOF OF SERVICE previously submitted to this court).

3. Plaintiff asserts Magistrate Judge Joseph G. Scoville ORDER Denying "Motion For Default Judgment" because "The Court Records Reflects Defendant was served on October 10, 2006. On October 26, 2006 Defendant requested an extension of time in which to respond to the complaint (docket #9), which extension was granted until November 20, 2006. Therefore, defendant is not in default. According;" is contrary to law. (See ORDER Denying "Motion For Default Judgment"). Plaintiff asserts, Defendant has 20 days to respond with an answer from receipt (from the time Defendant is served with the summons and complaint) of the summons and complaint. Not, 20 days from acknowledgement

Summary of Appeal To Order Denying Motion For Default - 2

of receipt of service of the summons and complaint. But, Defendants answer must be timely 20 days from the date those documents where served exclusive of the day Defendant was served. (See United States Marshals PROOF OF SERVICE previously submitted to this court).

4. FRCP Rule 4(a) – The summons to Defendant stated the time within which the Defendant must appear and defend and notified Defendant that failure to do so will result in a judgment by default against the Defendant for the relief demanded in the complaint.

5. FRCP Rule 12(a)(1)(A) - Unless a different time is prescribed in a statute of the United States, a defendant shall serve an answer within 20 days after being served with the summons and complaint. Defendant did not answer in a timely manner, **within 20 days after being served with the summons and complaint**[1], October 20. 2006. (See United States Marshals PROOF OF SERVICE previously submitted to this court). FRCP Rule 55(a) When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default, Defendant Is In Default. (See REQUEST CLERK FOR ENTRY OF DEFAULT JUDGMENT previously submitted to this court).

6. Furthermore, the Defendants "Motion To Extend Time For Filing Responsive Pleading Pursuant To FED.R.CIV.P. 6(b)" was unwarranted by existing law or

---

[1] On October 19 2006 Defendant filed a frivolous unwarranted Motion To Extend Time For Filing Responsive Pleading Pursuant To FED.R.CIV.P. 6(b) and not an answer to the complaint.

Summary of Appeal To Order Denying Motion For Default - 3

statute and Defendants assertions, claims, defenses, and contentions where perjuries and frivolous arguments (See Opposition Of Motion For Extended Time For Filing Responsive Pleading previously submitted to this court).

### C. Conclusion

1. Magistrate Judge Joseph G. Scoville ORDER dated Thursday, November 2, 2006 Denying "Motion For Default Judgment" is erroneous and contrary to law (Title 28 Sec. 636(b)(1)(A)). This court should not unnecessarily delay and enter default judgment against defendant because modification and extension of time will increase the cost of litigation and waste this courts time where Defendant Is In Default.

**WHEREFORE**, Plaintiff prays this Court, GRANT Plaintiffs Motion For Default Judgment.

## II. EFFORT TO COMPLY WITH LCIVR 7.1(d)

1. Plaintiff would show the Court that Magistrate Judge Joseph G. Scoville Entered an ORDER DENYING Plaintiffs "Motion For Default Judgment" erroneously.

2. Plaintiff has, on October 27, 2006, shown this Court and the Defendant a "Request Of The Clerk For Entry Of Default Judgment and Motion For Default Judgment.

3. Plaintiff would show this Court, in good faith, that Plaintiff believes Defendant will object to Plaintiffs Appeal To Order Denying "Motion For Default Judgment".

Dated This Monday, November 6, 2006

By: *[signature: Donald V. Williams]*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

## III. CERTIFICATION OF MAILING

I do herby certify that on the __6__ day of __November 2006__. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Monday, November 6, 2006
By: *[signature: Donald V. Williams]*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

Summary of Appeal To Order Denying Motion For Default - 5