UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| DONALD WILLIAMS, | ) |
| Plaintiff, | ) Case No. 1:06-cv-635 |
| v. | ) Honorable Robert Holmes Bell |
| GRAND RAPIDS PUBLIC LIBRARY, | ) |
| Defendant. | ) **ORDER** |

For the reasons set forth in the memorandum opinion filed this date:

IT IS ORDERED that plaintiff's appeals (docket #'s 21, 25) are hereby OVERRULED and that the orders of the magistrate judge are AFFIRMED.


Date:   November 14, 2006          /s/ Robert Holmes Bell
                                   ROBERT HOLMES BELL
                                   CHIEF UNITED STATES DISTRICT JUDGE