# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,　　　　　　　　　　　　　　Case No. 1:06-CV-0635

v　　　　　　　　　　　　　　　　　　　　Hon. Robert Holmes Bell
　　　　　　　　　　　　　　　　　　　　　Chief, U.S. District Judge

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN　　)
　　　　　　　　　　　　) SS.
COUNTY OF KENT　　　　)

Daniel A. Ophoff, being first duly sworn, deposes and says that he is an Assistant City Attorney in the Office of the City Attorney, attorneys for Defendant Grand Rapids Public Library, herein, and that on **November 17, 2006**, he served a true and complete copy of **Answer and Affirmative Defenses,** by postage pre-paid, first-class U.S. Mail, upon:

**DONALD WILLIAMS**
44 ½ S. Division, Apt. 37
Grand Rapids, MI  49503


/s/  Daniel A. Ophoff
**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney