1
2

# *In The United States District Court*

# *For The Western District Of Michigan*

06 DEC -1  AM II: 30

3

... CLERK
... COURT
... CT MICH

4  Donald Williams,                    )  Case No.: 1:06-cv-0635

5          Plaintiff,                  )  **PROOF OF SERVICE**

6      vs.                             )  Robert Holmes Bell
                                        )  Chief, U.S. District Judge
7  Grand Rapids Public Library,         )

8          Defendant                   )
                                        )         Joseph G. Scoville
9                                       )         U.S. Magistrate Judge

10  ──────────────────────────────────  )

## PROOF OF SERVICE

11

12  STATE OF MICHIGAN    )
   COUNTY OF KENT       )

13

14  I Donald V. Williams, first duly swear and state that I am Pro Se herein, and hereby

15  certify that on the ___29___ day of __November__, __2006__, I mailed

16  Plaintiffs Settlement Proposal and on the ___30___ day of __November__.

17  __2006__, I mailed Plaintiffs portion of the Joint Status Report on 1.44 floppy disk, to:

18      **Daniel A. Ophoff**
        Assistant City Attorney
19      620 City Hall
        300 Monroe Ave., NW
20      Grand Rapids, MI., 49503.

21
                                        _(signature)_
22                                      Donald Williams

23  *Certified this Thursday, November 30, 2006*

24  Donald Williams
    44 ½ S. Division St., SE., Apt., 37
25  Grand Rapids, MI., 49503
    _(signature)_

                    **PROOF OF SERVICE - 1**