# In The United States District Court
# For The Western District Of Michigan

06 DEC 15 AM 9:38

| | |
|---|---|
| Donald Williams, | Case No.: 1:06-cv-0635 |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| Grand Rapids Public Library, | Robert Holmes Bell |
| Defendant | Chief, U.S. District Judge |
| | Joseph G. Scoville |
| | U.S. Magistrate Judge |

**PROOF OF SERVICE**

STATE OF MICHIGAN   )
COUNTY OF KENT      )

I Donald V. Williams first duly swear and state that I am the Plaintiff in the above referenced action and that on Friday December 15, 2006, I served a true and complete copy of the Joint Status Report for Rule 16 Scheduled Conference on December 20, 2006, by hand delivery upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

*[signature]*
Donald Williams

**Certified this December 15, 2006**

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

*[signature]*

PROOF OF SERVICE - 1