UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:06-cv-635 | 12/20/06 | 11:08 AM - 11:28 AM | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| DONALD WILLIAMS | GRAND RAPIDS PUBLIC LIBRARY |

| Plaintiff: | **APPEARANCES** | Defendant: |
|---|---|---|
| Donald Williams, pro se | | Daniel Ophoff |
| | | |

**WITNESSES**

_____ P D        _____ P D
_____ P D        _____ P D
_____ P D        _____ P D
_____ P D        _____ P D

**PROCEEDINGS**

**NATURE OF HEARING:**  Rule 16 Scheduling Conference; Case management Order to issue;

_____
_____
_____
_____
_____
_____

Recorded on Tape: Digital          Deputy Clerk: D. Hand