# *United States District Court*

# *Western District of Michigan*

**DONALD WILLIAMS**

**v.**

**GRAND RAPIDS PUBLIC LIBRARY**

*NOTICE*

**CASE NO. 1:06-cv-635**

**Hon. Robert Holmes Bell**

---

**TYPE OF CASE:**

  **X**  **CIVIL**           ___ **CRIMINAL**

---

  **X**   TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | **699** <br><br> DATE AND TIME <br> **MON., FEB. 12, 2007 - 9:30 A.M.** |

**TYPE OF PROCEEDING**

**Hearing on**   **PLAINTIFF'S MOTION TO AMEND COMPLAINT (docket # 37) and MOTION FOR SETTLEMENT CONFERENCE (docket # 36)**

---

___   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | | |

---

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE:  January 25, 2007**

**/s/  Margaret Hetherington**
**(BY) DEPUTY CLERK**

**DEFENDANT'S RESPONSE TO THE MOTIONS IS DUE FEBRUARY 6, 2007.**