## *United States District Court*

## *Western District of Michigan*

**DONALD WILLIAMS**

**v.**

**GRAND RAPIDS PUBLIC LIBRARY**

*NOTICE*

**CASE NO. 1:06-cv-635**

**Hon. Robert Holmes Bell**

**TYPE OF CASE:**

**_X_ CIVIL**        **___ CRIMINAL**

**_____ TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

| PLACE | ROOM NO. |
|---|---|
| | **699** |
| **Federal Building** | |
| **110 Michigan, NW** | **DATE AND TIME** |
| **Grand Rapids, MI** | |

**TYPE OF PROCEEDING**

**Hearing on    PLAINTIFF'S MOTION TO AMEND COMPLAINT (docket # 37) and MOTION FOR SETTLEMENT CONFERENCE (docket # 36)**

**_X_ TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building 110 Michigan, NW Grand Rapids, MI** | 2/12/07 - 9:30 a.m. | WED., FEB. 14, 2007 - 9:30 A.M. |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE:** February 2, 2007

**/s/ Margaret Hetherington**
**(BY) DEPUTY CLERK**