UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,

v

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

Case No. 1:06-CV-0635

Hon. Robert Holmes Bell
Chief, U.S. District Judge

| | |
|---|---|
| **DONALD WILLIAMS**<br>44 ½ S. Division., Apt. 37<br>Grand Rapids, MI  49503 | **DANIEL A. OPHOFF (P23819)**<br>Assistant City Attorney<br>Attorney for Defendant<br>300 Monroe Ave., NW, Suite 620<br>Grand Rapids, MI  49503<br>(616) 456-4023 |

## RESPONSE TO MOTION TO AMEND PLEADINGS AND MOTION FOR SETTLEMENT CONFERENCE

Defendant Grand Rapids Public Library, by its attorney Daniel A. Ophoff, Assistant City Attorney for the City of Grand Rapids, states that it does not object to the requested amendment to pleadings filed by the Plaintiff before the case management cut-off date for motions to amend pleadings.  Plaintiff's complaint asserts important constitutional rights have been improperly denied.  While, Defendant claims the factual support for Plaintiff's complaint is and continues in the amended pleadings to be extremely weak or will ultimately provide grounds for dismissal of all of Plaintiff's claims, he should be given a single opportunity to amend his pleadings.

Defendant requests that Plaintiff be instructed to file an appropriate pleading entitled First Amended Complaint with the Court.

Defendant Grand Rapids Public Library also does not object to scheduling alternative dispute resolution in this matter. Defendant requested alternative dispute resolution in the joint status report. However, Defendant asserts that any alternative dispute resolution, in order to be effective, should be scheduled after the deadline for dispositive motions and all decisions related to those motions. Defendant requests the standard track case evaluation ADR assignment for this case.

Plaintiff did not contact counsel for Defendant to seek acquiescence for either of these motions.

                                          Respectfully submitted,

Dated: February 6, 2007         By: /s/ Daniel A. Ophoff
                                          **DANIEL A. OPHOFF (P23819)**
                                          Assistant City Attorney
                                          *Attorney for*
                                          *Business Address:*
                                          300 Monroe Ave., NW
                                          Grand Rapids, MI  49503
                                          (616) 456-4023

Y:\SHELLEY\Williams, Donald\CORRESPONDENCE & DOCUMENTS\RESPONSE to Motions 2-6-07.doc