UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:06-cv-635 | 2/14/07 | 9:35 AM - 9:55 AM | Grand Rapids, MI | Joseph G. Scoville |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| DONALD WILLIAMS | GRAND RAPIDS PUBLIC LIBRARY |

| Plaintiff: | **APPEARANCES** | Defendant: |
|---|---|---|
| Donald Williams, pro se | | Daniel Ophoff |
| | | |

**WITNESSES**

_____ P D        _____ P D
_____ P D        _____ P D
_____ P D        _____ P D
_____ P D        _____ P D

**PROCEEDINGS**

**NATURE OF HEARING:** Pltf's Motion to Amend [37], Pltf's Motion for Settlement Conference [36] and Pltf's Motion to Strike [42}; Order to issue

Recorded on Tape: Digital         Deputy Clerk: D. Hand