UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD WILLIAMS, | ) |
| Plaintiff, | ) Case No. 1:06-cv-635 |
| v. | ) Honorable Robert Holmes Bell |
| GRAND RAPIDS PUBLIC LIBRARY, | ) **ORDER** |
| Defendant. | ) |

Plaintiff has moved for leave to file an amended complaint. He has also moved to strike defendant's response to that motion and has moved for the scheduling of a settlement conference. At a hearing conducted on February 14, 2007, the court concluded that plaintiff should be allowed an opportunity to amend his complaint, but that the proposed amendment failed to comply with the pleading requirements of Fed. R. Civ. P. 8(a). The court further concluded that plaintiff's motion to strike defendant's response was frivolous and that a settlement conference would not be fruitful in the circumstances of this case. Accordingly, for the reasons set forth more fully on the record:

IT IS ORDERED that plaintiff's motion to amend pleadings (docket # 37) be and hereby is GRANTED. Plaintiff is granted leave to file and serve a first amended complaint no later than **February 28, 2007**. The first amended complaint shall comply with the pleading requirements of Rule 8(a) and shall not contain argument or the citation of cases. Defendant is granted 20 days after service in which to move, answer or otherwise plead to the first amended complaint.

IT IS FURTHER ORDERED that plaintiff's motion to strike defendant's response (docket # 42) be and hereby is DENIED as frivolous.

IT IS FURTHER ORDERED that plaintiff's motion for a settlement conference (docket # 36) be and hereby is DENIED.

**Plaintiff is again warned that the filing of frivolous motions may result in the imposition of sanctions under Rule 11. Plaintiff is also admonished to comply with the requirements of Local Civil Rule 7.1(d), which requires all parties to ascertain, before filing a motion, whether the motion will be opposed.**

DONE AND ORDERED this 14th day of February, 2007.

/s/  Joseph G. Scoville
United States Magistrate Judge