## In The United States District Court
## For The Western District Of Michigan

FILED - GR
07 FEB 14 AM 9:54
[CLERK]
U.S. DISTRICT COURT
WESTERN DISTRICT MICH

| | |
|---|---|
| Donald Williams, | ) Case No.: 1:06-cv-0635 |
| Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| Grand Rapids Public Library, | ) |
| Defendant | ) |

## PROOF OF SERVICE

STATE OF MICHIGAN   )
COUNTY OF KENT      )

I Donald V. Williams first duly swear and state that I am the Plaintiff in the above referenced action and that on Wednesday, February 14, 2007, I served a true and complete copy of the Plaintiffs *Initial Disclosures, Request For Admissions, and Production Of Documents* by Hand delivery upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

*[signature]*
Donald Williams

*Certified this Wednesday, February 14, 2007*

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

*[signature]*

PROOF OF SERVICE - 1