# 1



# Suggestion Form

Date: 9/1/06

Name of Library: Grand Rapids Public Library, 111 Library St. S.E. Grand Rapids, MI, 49503

Comments: On 9/21/05 in the Grand Rapids Public Library, GRPL, I went to a table and setup my laptop computer. At 2:15pm I viewed a topless picture of Veronica Zemanova and I looked behind me and Tim, GRPL employee, was standing 8-15 feet behind me watching and viewing what I was doing on my laptop computer — invasion of privacy. Tim walked up from behind me and told me "You can't view that in here." I told Tim "I'm not on the internet this picture is on my personal computer." Tim said "I don't care you can't view that in a public place. I'm going to have to ask you to leave. Close it up, laptop, your done." I left the library.

At 5:45pm I returned to the GRPL because I wanted to file a complaint where Tim was now at the Information Desk. I asked Tim for a complaint form. Tim said "We don't have a complaint form. All we have is a suggestion form."

I talked with Mr. Balderidge, assistant director. I told Mr. Balderidge Tim told me to leave the library for viewing a topless woman on my laptop. Mr. Balderidge said "It is our policy not to allow the viewing of nudity in the library. We have signs prohibiting the viewing of pornography. I asked Mr. Balderidge "was Tim authorized to tell me to leave the library

(Optional)

Name: Donald Williams

Phone Number: (616) Message: 459-5076 Apt 52

Zipe Code: 49503

Exhibit - I

Page 1 of 2



# Suggestion Form

Date: 9/1/06

Name of Library: Grand Rapids Public Library, 111 Library St, SE, Grand Rapid, Mi, 49503

Comments: for the day for viewing a topless woman on my laptop computers?" Mr. Baldridge said " Yes Tim was authorized to tell you to leave the library for the day." I asked Mr. Baldridge "Wouldn't it have been more appropriate for Tim to have informed me of GRPL policy and asked me to stop viewing the picture. And, that if I continued to view the picture that I would then be asked to leave the library for the day. Rather than just telling me to leave the library for the day." Mr. Baldridge said " That is something I'll take into consideration." I thanked Mr. Baldridge for his time and searched the library for signs prohibiting the viewing of pornography. I found no signs prohibiting the viewing of pornography. From 9/21/05 to the filing of this suggestion I have not found a sign in the GRPL prohibiting the use of pornography, 8/30/06.

It is my suggestion that the GRPL give people a warning and inform them of your policy prohibiting the viewing of pornography before GRPL deprives citizens of their constitutional Rights to public facilities. Also, put up the non-existant signs!

(Optional)

Name: Donald Williams

Phone Number: (616) MESSAGE: 459-5076 Apt 37

Zipe Code: 49503

Page 2 of 2