# 2

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | ) Case No.: No. |
| | ) |
| Plaintiff, | ) Affidavit Of Donald Williams |
| | ) |
| vs. | ) |
| | ) |
| Grand Rapids Public Library, | ) |
| | ) |
| Defendant, | ) |

**COMES NOW**, the Plaintiff Donald Williams, with his Affidavit.

## AFFIDAVIT OF DONALD WILLIAMS

STATE OF   MICHIGAN   )
                     )
COUNTY OF KENT        )

Plaintiff submits the following testimony, evidence, and exhibits to this court in supportive substantiation of his claims. I _Donald Williams_, Of lawful age, first duly sworn upon oath, state and swears as follows: I am the Plaintiff, Donald Williams in the present case and I have personal knowledge concerning the matters set forth herein.

### A. Affidavit

1. On 9/21/05 at 2:15pm I, Donald Williams, was denied access and use of public library facilities by Tim, a Grand Rapids Public Library employee, who told me to leave the library for the day because I had viewed a topless picture of a women. At the time of the incident there where no signs in the Grand Rapids Public Library prohibiting the viewing of nudity and presently there still are no signs

Summary of Affidavit Of Donald Williams - 1

Exhibit -2

prohibiting the viewing of nudity in the Grand Rapids Public Library. Furthermore, at the time of the incident Tim did not warn me of Grand Rapids Public Library policy prohibiting the viewing of nudity in the library, of which, had he informed and warned me of Grand Rapids Public Library policy I would have complied. But, Tim, just harassed me, barred me from the library for the day, to leave the library just because he could or was authorized too.

2. I spoke with Mr Baldridge, assistant director, who informed me that Grand Rapids Public Library approved a custom or policy to prohibit the viewing of nudity in the library with signs posted throughout the library. And, who also informed me that Tim, Grand Rapids Public Library employee was implicitly authorized to bar me from the library.

3. The Defendant affirmatively and by omission, with regard to my Civil Rights to public facilities, did formulate a custom or policy which abridged my Civil Rights, Const. Amend. 14 § 1, and deprived me access and use of public library facilities. West v. Atkins, 487 U.S. 42, 48 (1988); Redding v. St. Edward, 241 F.3d 530, 532 (6th Cir. 2001). Defendant's assistant director and policy making official, Mr Baldridge, implicitly authorized and approved a custom or policy which deprives me Federally Secured and Protected Constitutional Rights and knowingly acquiesced in the unconstitutional conduct of the offending employee, Tim. Leach v. Shelby County Sheriff, 891 F.2d 1241, 1246 (6th Cir. 1989) (citing Hays v. Jefferson, 668 F.2d 869, 874 (6th Cir 1982).

4. Furthermore, the Grand Rapids Public Library has no form of redress for violation of Civil Rights. I spoke with Mr Baldridge who informed me that Grand Rapids Public Library has no complaint form. All Grand Rapids Public Library has is a suggestion form, see Exhibit A.

Dated This Tuesday, September 5, 2006

By: *[signature]*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

### B. DECLARATION UNDER PENALTY OF PERJURY

I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Affidavit] is true and correct.  28 U.S.C. § 1746; 18 U.S.C. §§ 1621, et seq.

Dated This Tuesday, September 5, 2006

By: *[signature]*

Donald V. Williams

Further Affidavit Saith Not

### C. NOTARIZATION

Subscribed and sworn before me this  5th  day of  September ,  2006 .

*[signature]*
Notary Republic

WALTER L. MATHIS SR.
NOTARY PUBLIC, STATE OF MI
COUNTY OF KENT
MY COMMISSION EXPIRES Feb 2, 2012
ACTING IN COUNTY OF  Kent

My Commission Expires

Dated This Tuesday, September 5, 2006

By: *[signature]*

Summary of Affidavit Of Donald Williams - 3