# In The United States District Court
## For The Western District Of Michigan

*FILED*
07 FEB 27 PM 1:34
U.S. DISTRICT COURT
WESTERN DISTRICT MICH.

| | |
|---|---|
| Donald Williams, | ) Case No.: 1:06-cv-0635 mrs |
|  Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| Grand Rapids Public Library, | ) |
|  Defendant | ) |

## PROOF OF SERVICE

STATE OF MICHIGAN )
COUNTY OF KENT )

I Donald V. Williams first duly swear and state that I am the Plaintiff in the above referenced action and that on Monday, February 26, 2007, I served a true and complete copy of the Plaintiffs List of Witnesses and Exhibits by U.S. Mail upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

*[signature]*
Donald Williams

*Certified this Monday, February 26, 2007*

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503
*[signature]*

PROOF OF SERVICE - 1