| | |
|---|---|
| Donald Williams<br>44 1/2 S. Division Apt., 37<br>Grand Rapids, MI., 49503 | Honorable Robert Holmes Bell<br>Chief United States District Judge |

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Grand Rapids Public Library,<br><br>　　　　Defendant | )  Case No.: 1:06-cv-0635<br>)<br>)  Plaintiffs Notification Of Taking Of<br>)  Deposition<br>)<br>)<br>)<br>)<br>)<br>) |

**COMES NOW** the Plaintiff, Donald Williams, and Notifies This Court Of Taking Of Plaintiff's Deposition.

## I. <u>PLAINTIFFS' NOTIFICATION OF TAKING OF DEPOSITION</u>

1. Deposition of Plaintiff, Donald Williams, taken Friday, May 18, 2007 at 620 City Hall, 300 Monroe Ave., S.E., Grand Rapids, Mi., 49503, about 9:10am before Daniel A. Ophoff.

Dated This Wednesday, May 23, 2007

By: *[signature]*

**Donald V. Williams**
**44 ½ S. Division St., SE., Apt., 37**
**Grand Rapids, MI., 49503**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## A. CERTIFICATION OF MAILING

I do hereby certify that on the ___23___ day of ___May___, ___2007___. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Wednesday, May 23, 2007

By: *Donald Williams*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

Summary of Plaintiffs Notification Of Taking Of Deposition - 2