## In The United States District Court
## For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | ) Case No.: 1:06-cv-0635 |
| Plaintiff, | ) **PROOF OF SERVICE** |
| vs. | ) |
| Grand Rapids Public Library, | ) |
| Defendant | ) |

**PROOF OF SERVICE**

STATE OF MICHIGAN   )
COUNTY OF KENT      )

I, Donald V. Williams, first duly swear and state that I am the Plaintiff in the above referenced action and that on Wednesday, May 23, 2007, I served a true and complete copy of the *Plaintiff's Notification Of Taking Of Deposition* by U.S. Mail upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

*[signature]*
Donald Williams

*Certified this Wednesday, May 23, 2007*

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

PROOF OF SERVICE - 1