# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | Case No.: 1:06-cv-0635 |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | Robert Holmes Bell |
| Grand Rapids Public Library, | Chief, U.S. District Judge |
| Defendant | Joseph G. Scoville |
| | U.S. Magistrate Judge |

**PROOF OF SERVICE**

STATE OF MICHIGAN  )
COUNTY OF KENT     )

I Donald V. Williams first duly swear and state that I am the Plaintiff in the above referenced action and that on Friday, June 8, 2007 I served a true and complete copy of the Plaintiffs Final List of Witnesses and Exhibits pursuant this Courts Scheduling Order setting close of discovery, June 15, 2007, by U.S. Mail upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

Donald Williams

*Certified this Friday, June 08, 2007*

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

PROOF OF SERVICE - 1