# In The United States District Court
# For The Western District Of Michigan

Donald Williams,                ) Case No.: 1:06-cv-0635
                                )
    Plaintiff,             ) **PROOF OF SERVICE**
                                )
vs.                             )
                                )
Grand Rapids Public Library,    )
                                )
    Defendant               )
                                )
                                )

## PROOF OF SERVICE

STATE OF MICHIGAN   )
COUNTY OF KENT      )

I, Donald V. Williams, first duly swear and state that I am the Plaintiff in the above referenced action and that on Wednesday, May 30, 2007, I served a true and complete ***Personal Letter Requesting Review Of Plaintiff's Deposition*** by U.S. Mail upon:

**Daniel A. Ophoff**
Assistant City Attorney
620 City Hall
300 Monroe Ave., NW
Grand Rapids, MI., 49503.

Donald Williams

*Certified this Friday, May 15, 2007*

Donald Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

PROOF OF SERVICE - 1