UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DONALD WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:06-cv-635 |
| ) | |
| v. ) | Honorable Robert Holmes Bell |
| ) | |
| GRAND RAPIDS PUBLIC LIBRARY, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

Plaintiff has filed a Motion for Summary Judgment and attached exhibits. Upon review of the motion and exhibits, IT IS ORDERED that Exhibit 4 shall be filed under seal.

DONE AND ORDERED this 12th day of July, 2007.

　　　　　　　　　　　　　　　　/s/ Joseph G. Scoville
　　　　　　　　　　　　　　　　United States Magistrate Judge