# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,

v

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

_____/

Case No. 1:06-CV-0635

Hon. Robert Holmes Bell
Chief, U.S. District Judge

**DONALD WILLIAMS**
44 ½ S. Division., Apt. 37
Grand Rapids, MI 49503

**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney
Attorney for Defendant
300 Monroe Ave., NW, Suite 620
Grand Rapids, MI 49503
(616) 456-4023

_____/

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## UNDER AUTHORITY OF FED.R.CIV.P. 56(b) AND (c)

Defendant, by and through its attorney, Daniel A. Ophoff, Assistant City Attorney for the City of Grand Rapids, moves for summary judgment in this matter under authority of Fed.R.Civ.P. 56(b) and (c) in support of its motion, Defendant affirmatively states there are no genuine issues of material fact and that it is entitled to judgment as a matter of law on all claims alleged in Plaintiff's complaint for the reasons stated in Defendant's Brief in Support of this motion.

Respectfully submitted,

Dated: July 16, 2007

By: */s/ Daniel A. Ophoff*
    **DANIEL A. OPHOFF (P23819)**
    Assistant City Attorney
    *Attorney for Defendant*
    300 Monroe Ave., NW
    Grand Rapids, MI 49503
    (616) 456-4023