# *United States District Court*

# *Western District of Michigan*

**DONALD WILLIAMS**

*NOTICE*

**v.**

**CASE NO. 1:06-cv-636**

**GRAND RAPIDS PUBLIC LIBRARY**

**Hon. Robert Holmes Bell**

---

**TYPE OF CASE:**

  **X   CIVIL**           **___ CRIMINAL**

---

  **X**   TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** | **699** |
| **110 Michigan, NW** | **DATE AND TIME** |
| **Grand Rapids, MI** | **WED., SEPT. 12, 2007 - 10:00 A.M.** |

**TYPE OF PROCEEDING**

   **Hearing on DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (docket # 58)**

---

  ___   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** | | |
| **110 Michigan, NW** | | |
| **Grand Rapids, MI** | | |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE:  July 17, 2007**

**/s/  Margaret Hetherington**
**(BY) DEPUTY CLERK**

**PLAINTIFF'S RESPONSE TO THE MOTION IS DUE AUGUST 16, 2007.**