# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**DONALD WILLIAMS,**

    Plaintiff,

Case No. 1:06-CV-0635

v

Hon. Robert Holmes Bell
Chief, U.S. District Judge

**GRAND RAPIDS PUBLIC LIBRARY,**

    Defendant.

_____/

## PROOF OF SERVICE

| | |
|---|---|
| STATE OF MICHIGAN | ) |
|  | ) SS. |
| COUNTY OF KENT | ) |

Daniel A. Ophoff, being first duly sworn, deposes and says that he is an Assistant City Attorney in the Office of the City Attorney, attorneys for Defendant Grand Rapids Public Library, herein, and that on **July 16, 2007**, he served a true and complete copy of **Defendant's Motion for Summary Judgment Under Authority of Fed.R.Civ.P. 56(b)(c)** and **Brief in Support of Defendant's Motion for Summary Judgment Under Authority of Fed.R.Civ.P. 56(b)(c),** by postage pre-paid, first-class U.S. Mail, upon:

**DONALD WILLIAMS**
44 ½ S. Division, Apt. 37
Grand Rapids, MI 49503

/s/ Daniel A. Ophoff
**DANIEL A. OPHOFF (P23819)**
Assistant City Attorney

Dockets.Justia.com