

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams, | ) Case No.: 1:06-cv-635 |
| Plaintiff, | ) Affidavit Of Jason Buzzalini |
| vs. | ) |
| Grand Rapids Public Library, | ) |
| Defendant, | ) |

**COMES NOW**, the Plaintiff Donald Williams, with his Affidavit of Jason Buzzalini.

## AFFIDAVIT OF JASON BUZZALINI

STATE OF MICHIGAN )
                  )
COUNTY OF KENT    )

I Jason Buzzalini submit the following testimony, evidence, and exhibits to this court in supportive substantiation of my claims. I _Jason Buzzalini_, Of lawful age, first duly swear upon oath, state and swear as follows: I am Jason Buzzalini, I am a white native American and I reside at 44 ½ S. Division St., S.E., Apt., 36, Grand Rapids, MI., 49503. In the present case I have personal knowledge concerning the matters set forth herein.

### A. Affidavit

1. On Tuesday and Wednesday of May 8th and 9th 2007 I Jason Buzzalini entered the Grand Rapids Public Library, 111 Library Street N.E, Grand Rapids MI., 49503, about 8pm and 6:30pm. I viewed and checked out these books from the

Grand Rapids Public Library in Table 1 Grand Rapids Public Library Books below:

| Title | Author | Publisher | Grand Rapids Public Library Number |
|---|---|---|---|
| Bill Brandt: Behind the Camera | Philadelphia Museum of Art | Sing Cheong Co., Ltd., Hong Kong, First Edition 1985 | 770.924B734M4b |
| Icons of Photography: The 20th Century | Peter Stepan | Prestel Verlag, 1999 | 770.904Ic7 |
| Man Ray: Masters of Photography; Aperture | Konemann Verlags Gmbh, Aperture Foundation | Hong Kong Library Of Congress Catalog Number: 87-72107 ISBN: 0-89381-743-0 1997 | 779.0924R212P4 |
| Man Ray: Paris Photographs 1920-34 | Man Ray Trust/Artist Rights Society, New York/ADAGP, Paris 2000 | Delano Greenidge Editions New York 2000 | 779.0924R212p |
| Nude Sculpture: 5,000 years | Vicki Goldberg | Harry N. Abrams. Inc., New York, 2000 | 779.9731821F497n |
| The Black Female Body: A Photographic History | Deborah Willis and Carla Williams | Temple University Press, Philadelphia 19122 2002 | 779.24W679b |

Table 1 Grand Rapids Public Library Books

2. I Jason Buzzalini duly swear upon oath that these books reside in the Grand Rapids Public Library and contain nude pictures and pictures of nude Sculpture of which I was obliged to view and check out from the Grand Rapids Public Library. I was neither harassed, nor my civil rights deprived neither was I discriminated against or ban or barred form the Grand Rapids Public Library for

Summary of Affidavit Of Jason Buzzalini - 2

viewing nude pictures in the Grand Rapids Public Library. Neither was I prevented from checking these books out from the Grand Rapids Public Library because they contained nude pictures in them.

3. Furthermore, I Jason Buzzalini state and swear upon oath that I was employed by Donald Williams to use Donald Williams library card to check out any books under the category of Art and Photography which contained nude pictures from the Grand Rapids Public Library, 111 Library Street N.E, Grand Rapids MI., 49503. So, that the Plaintiff could abide by the Federal Rules of Civil Procedure and to prevent an incident or disturbance or to prevent a conflict of interest between the Defendant and Plaintiff. I Jason Buzzalini am solely a third party person employed by the Plaintiff, Donald Williams, for $5.00, Five, dollars to retrieve books with nude pictures in them under the categories of Art and Photography. See the receipts attached hereto and made part of this affidavit and also the Plaintiffs Production Of Documents.

Dated This Friday, May 11, 2007

By: _____

Jason Buzzalini
44 ½ S. Division St., SE., Apt., 36
Grand Rapids, MI., 49503

**B. DECLARATION UNDER PENALTY OF PERJURY**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing [Affidavit] is true and correct. 28 U.S.C. § 1746; 18 U.S.C. §§ 1621, et seq.

Dated This Friday, May 11, 2007

By: _____

Jason Buzzalini

Summary of Affidavit Of Jason Buzzalini - 3

Further Affidavit Saith Not

**C. NOTARIZATION**

Subscribed and sworn before me this ___16th___ day of ___May___, ___2007___.

___[signature]___
Notary Republic

WALTER L. MATHIS SR.
NOTARY PUBLIC, STATE OF MI
COUNTY OF KENT
MY COMMISSION EXPIRES Feb 2, 2012
ACTING IN COUNTY OF Kent

My Commission Expires ___Kent___

Dated This ~~Friday~~ Wednesday, May 16, 2007

By: _____

Summary of Affidavit Of Jason Buzzalini - 4

Grand Rapids Public Library - Main
CheckOut Receipt

05/09/07
07:00 pm

Item:Man Ray / with an essay by Jed Perl.
Due Date: 05-30-07

Item:Man Ray : Paris photographs 1920-34 :

photographies = fotografien = Fotografias = Fotografie.
Due Date: 05-30-07

Item:Bill Brandt : behind the camera :

photographs, 1928-1983 / introductions by Mark Haworth-Booth ; ess
Due Date: 05-30-07

Item:Icons of photography : the 20th century

/ edited by Peter Stepan ; with contributions by Erika Bille
Due Date: 05-30-07

(616) 988 - 5400

Renew online at www.grpl.org

Have a great day!

---

Grand Rapids Public Library - Main
CheckOut Receipt

05/08/07
08:52 pm

Item:Nude sculpture : 5,000 years / photographs by David Finn ; essay by Vicki Goldberg.
Due Date: 05-29-07

Item:The Black female body : a photographic history / Deborah Willis, Carla Williams.
Due Date: 05-29-07

(616) 988 - 5400
Renew online at www.grpl.org

Have a great day!