# United States District Court

## Western District of Michigan

**DONALD WILLIAMS**

**v.**

**GRAND RAPIDS PUBLIC LIBRARY**

*NOTICE*

**CASE NO. 1:06-cv-635**

**Hon. Robert Holmes Bell**

---

**TYPE OF CASE:**

　　**X   CIVIL**　　　　　　　　　**___ CRIMINAL**

---

___  TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | **699** <br><br> DATE AND TIME |

**TYPE OF PROCEEDING**

　　Hearing on MOTIONS FOR SUMMARY JUDGMENT (docket #'s 58, 62)

---

  **X**   TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE AND TIME |
|---|---|---|
| **Federal Building** <br> **110 Michigan, NW** <br> **Grand Rapids, MI** | 9/12/07 - 10:00 a.m. | **THUR., SEPT. 20, 2007 - 10:00 A.M.** |

**JOSEPH G. SCOVILLE, U.S. MAGISTRATE JUDGE**

**DATE:  July 18, 2007**

**/s/  Margaret Hetherington**
**(BY) DEPUTY CLERK**

Dockets.Justia.com