UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD WILLIAMS,                )
                                )
       Plaintiff,              )   Case No. 1:06-cv-635
                                )
v.                              )   Honorable Robert Holmes Bell
                                )
GRAND RAPIDS PUBLIC LIBRARY,    )
                                )
       Defendant.              )
_____)

## ORDER REGARDING SEALED DOCUMENTS

This matter having come before this Court and the Court being otherwise fully informed, IT IS ORDERED that the original and any copy of Exhibit 4 of plaintiff's brief in opposition to defendant's motion for summary judgment in the above captioned case, be filed under seal and not incorporated into the electronic record of this case.

IT IS FURTHER ORDERED that the sealed exhibit shall remain under seal until further Order of this Court.

DONE AND ORDERED this 21st day of August, 2007.

                                      /s/  Joseph G. Scoville
                                      United States Magistrate Judge

Dockets.Justia.com