This document is SEALED and it is not available for review.
See W.D. Mich. LCivR 10.6

```
                              EXHIBIT    4
```