# 6

| | |
|---|---|
| Donald Williams<br>44 1/2 S. Division Apt., 37<br>Grand Rapids, MI., 49503 | **Honorable Robert Holmes Bell**<br><br>**Chief United States District Judge** |

# In The United States District Court
# For The Western District Of Michigan

| | |
|---|---|
| Donald Williams,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Grand Rapids Public Library,<br><br>　　　　Defendant | ) Case No.: 1:06-cv-0635<br>)<br>) Admissions Of Defendant<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMES NOW** the Plaintiff, Donald Williams, and submits his Admissions Of Defendant.

## I. ADMISSIONS OF DEFENDANT

1. Plaintiff, Donald Williams, by and through Pro Se, requests that Defendant, Grand Rapids Public Library, admit or deny the following statements of law. If objection is made, please state the reason for the objection. Please specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter.

2. Also, please note that (1) That the term "complaint" refers to the subject of this lawsuit which occurred on 09/21/05 and (2) that the term "above captioned case" refers to the subject matter of this lawsuit and (3) that "Grand Rapids Public Library" refers to the Defendant.

Summary of Admissions Of Defendant- 1

Exhibit - 6

## A. Admissions Of Defendant

REQUEST FOR ADMISSION NO. 1: Admit Defendant is clothed with the authority of state and local government (Rev. Stat. § 1979) in the above captioned case.

**ANSWER:** **Defendant admits that it is a public library created and operated by provisions of the Charter of the City of Grand Rapids.**

REQUEST FOR ADMISSION NO. 8: Admit Mr. Baldridge said to the Plaintiff "Yes, Tim was authorized to tell you to leave the library for the day" in the above captioned case.

**ANSWER:** **Defendant admits this request to admit.**

Dated This Wednesday, May 30, 2007

By: *Donald V. Williams*

Donald V. Williams
44 ½ S. Division St., SE., Apt., 37
Grand Rapids, MI., 49503

## B. CERTIFICATION OF MAILING

I do herby certify that on the 5th day of June, 2007. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Wednesday, May 30, 2007

By: *Donald V. Williams*

Donald V. Williams