Case 1:06-cv-00635-RHB-JGS   Document 68   Filed 08/23/2007   Page 1 of 2

FILED - GR
August 23, 2007 10:19 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _____ / _____

Donald Williams
44 1/2 S. Division Apt., 37
Grand Rapids, MI., 49503

**Honorable Robert Holmes Bell /S**

**Chief United States District Judge**

# In The United States District Court
# For The Western District Of Michigan

| | | |
|---|---|---|
| Donald Williams, | ) | Case No.: 1:06-cv-635 |
| Plaintiff, | ) | Notification Of Change Of Address |
| vs. | ) | |
| Grand Rapids Public Library, | ) | |
| Defendant | ) | |

**COMES NOW,** the Plaintiff Donald Williams, with his Notification Of Change Of Address.

## I. NOTIFICATION OF CHANGE OF ADDRESS

**A. Previous Address**

1. Donald Williams

    44 ½ S. Division St., S.E., Apt., 37

    Grand Rapids, MI., 49503.

**B. New Address**

1. Donald Williams

    60 S. Division St., S.E., Apt., 323

    Grand Rapids, MI., 49503.

## C. CONCLUSION

1. The project I'm living in has built a new building and they are moving me into it. **This Change Of Address (According To My Project Manager) Will Be Effective 09/01/07.**

**WHEREFORE**, Plaintiff Prays this Honorable Court, make the appropriate transition to Plaintiff's New Address Change.

Dated This Tuesday, August 21, 2007

By: *(signature)*

**Donald V. Williams**
**44 ½ S. Division St., SE., Apt., 37**
**Grand Rapids, MI., 49503**

## D. CERTIFICATION OF MAILING

I do herby certify that on the ___22___ day of ___August, 2007___. I mailed a true and correct copy of the above and foregoing instrument to Daniel A. Ophoff, Assistant City Attorney, 620 City Hall, 300 Monroe Ave., NW, Grand Rapids, MI., 49503.

Dated This Tuesday, August 21, 2007

By: *(signature)*

**Donald V. Williams**