UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Magistrate Judge |
|---|---|---|---|---|
| 1:06-cv-635 | 9/20/2007 | 9:58 AM - 10:10 AM | Grand Rapids, MI | Joseph G. Scoville |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| DONALD WILLIAMS | GRAND RAPIDS PUBLIC LIBRARY |

| Plaintiff: | **APPEARANCES** | Defendant: |
|---|---|---|
| Donald Williams, pro se | | Daniel Ophoff |
| | | |

## WITNESSES

_____ P D         _____ P D
_____ P D         _____ P D
_____ P D         _____ P D
_____ P D         _____ P D

## PROCEEDINGS

**NATURE OF HEARING:** Deft's Motion [58] and Pltf's Motion [62] for Summary Judgment; R&R to issue

Recorded on Tape: Digital         Deputy Clerk: D. Hand