

# Suggestion Form

Date: 9/1/06

Name of Library: Grand Rapids Public Library, 111 Library St. S.E. Grand Rapids, Mi. 49503

Comments: On 9/21/05 in the Grand Rapids Public Library, GRPL, I went to a table and setup my laptop computer. At 2:15pm I viewed a topless picture of Veronica Zemanova and I looked behind me and Tim, GRPL employee, was standing 8-15 feet behind me watching and viewing what I was doing on my laptop computer — invasion of privacy. Tim walked up from behind me and told me "You can't view that in here." I told Tim "I'm not on the internet this picture is on my personal computer." Tim said "I don't care you can't view that in a public place. I'm going to have to ask you to leave. Close it up, laptop, your done." I left the library.

At 5:45pm I returned to the GRPL because I wanted to file a complaint where Tim was now at the Information Desk. I asked Tim for a complaint form. Tim said "We don't have a complaint form. All we have is a suggestion form."

I talked with Mr. Baldridge, assistant director. I told Mr. Baldridge Tim told me to leave the library for viewing a topless woman on my laptop. Mr. Baldred said "It is our policy not to allow the viewing of nudity in the library. We have signs prohibiting the viewing of pornography. I asked Mr. Baldridge "was Tim authorized to tell me to leave the library

(Optional)

Name: Donald Williams

Phone Number: (616) Message: 459-5076 Apt 5?

Zipe Code: 49503

Exhibit "A"    Page 1 of 2



# Suggestion Form

Date: 9/1/06

Name of Library: Grand Rapids Public Library, 111 Library St, S.E., Grand Rapids, Mi, 49503

Comments: for the day for viewing a topless woman on my laptop computers." Mr. Baldridge said "Yes Tim was authorized to tell you to leave the library for the day." I asked Mr. Baldridge "Wouldn't it have been more appropriate for Tim to have informed me of GRPL policy and asked me to stop viewing the picture. And, that if I continued to view the picture that I would then be asked to leave the library for the day. Rather than just telling me to leave the library for the day." Mr. Baldridge said "that is something I'll take into consideration." I thanked Mr. Baldridge for his time and searched the library for signs prohibiting the viewing of pornography. I found no signs prohibiting the viewing of pornography. From 9/21/05 to the filing of this suggestion I have not found a sign in the GRPL prohibiting the use of pornography, 8/30/06.

It is my suggestion that the GRPL give people a warning and inform them of your policy prohibiting the viewing of pornography before GRPL deprives citizens of their constitutional rights to public facilities. Also, put up the non-existent signs!

(Optional)

Name: Donald Williams

Phone Number: (616) MESSAGE: 459-5076 Apt 37

Zipe Code: 49503

Page 2 of 2