UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD WILLIAMS,

    Plaintiff,

v.

GRAND RAPIDS PUBLIC LIBRARY,

    Defendant.
    _____/

File No. 1:06-CV-635

HON. ROBERT HOLMES BELL

## J U D G M E N T

In accordance with the memorandum opinion filed this date,

**IT IS HEREBY ORDERED** that **JUDGMENT** is entered in favor of Defendant Grand Rapids Public Library and against Plaintiff Donald Williams on Plaintiff's claim pursuant to 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims. Therefore, Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

Date:   November 9, 2007        /s/ Robert Holmes Bell
                                                                        ROBERT HOLMES BELL
                                                                        CHIEF UNITED STATES DISTRICT JUDGE